```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :   16-cr-567-3 (JSR)
        -v-                         :
                                    :   ORDER
GEROLD COOPER,                      :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of Gerold Cooper is assigned to the C.J.A. Attorney on duty January 12, 2021, Irving Cohen, for the purpose of supplementing, if deemed necessary, Cooper's pro se motion for reconsideration of the Court's Order denying Cooper's pro se motion for a reduction in sentence. See Pro Se Motion for Compassionate Release, ECF No. 250; Order Denying Motion for Compassionate Release, ECF No. 251; Pro Se Motion for Reconsideration (to be docketed).

SO ORDERED.

Dated:   New York, NY
         January 12, 2020

_____
United States District Judge

1